JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SANDRA BONILLA-ROMERO, an Individual<br><br>Plaintiff,<br><br>v.<br><br>BYRON JEROD VINSON, an Individual; CPC LOGISTICS, INC., a Missouri Corporation, and WALGREEN OSHKOSH, INC., a Wisconsin Corporation,<br><br>Defendants. | CASE NO.: 5:25-CV-01686-KK (SPX)<br><br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE [38]** |

Based upon the parties' Stipulated Motion to Dismiss with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.  The parties shall bear their respective fees and costs. (JS-6)

Dated: April 17, 2026



_____

HONORABLE KENLY KIYA KATO

UNITED STATES DISTRICT JUDGE

-